KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
E-mail:  ef-ksf@coblentzlaw.com,
         ef-jdg@cpdb.com,
         ef-jjb@coblentzlaw.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*



GRANTED
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; EVIL EYE MUSIC, INC.; VELVET APPLE MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER TAMERLANE PUBLISHING CORP., <br><br>  Plaintiffs, <br><br>  v. <br><br> EL RIO, YOUR DIVE d/b/a EL RIO, YOUR DIVE and DAWN CHERIE HUSTON, individually, <br><br>  Defendants. | Case No. C-11-05114-MEJ <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

13389.012 2014079v1                                       Case No. C-10-03866-JL

**STIPULATED DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release between the parties, Plaintiffs Broadcast Music, Inc. *et al.* hereby voluntarily dismiss this action, with prejudice, including all claims.  The parties have agreed that the Court will retain limited jurisdiction for the purpose of entering a Stipulated Final Judgment Upon Consent in the event of Defendants' default under the Settlement Agreement.  Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

DATED: March 29, 2012         Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS LLP

By:     */s/ Karen S. Frank*
Karen S. Frank
Attorneys for Plaintiffs BROADCAST MUSIC, INC., et al.

DATED: March 29, 2012         LAW OFFICES OF MARK J. ROMEO

By:     */s/ Mark J. Romeo*
Mark J. Romeo
Attorney for Defendants EL RIO, YOUR DIVE and DAWN CHERIE HUSTON

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: March 29, 2012         COBLENTZ, PATCH, DUFFY & BASS LLP

By:     */s/ Karen S. Frank*
Karen S. Frank
Attorneys for Plaintiffs BROADCAST MUSIC, INC., et al.